UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20723-CR-ALTONAGA

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

/GOODMAN

UNITED STATES OF AMERICA

vs.

GORY GASPARD,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), an agency of the United States Department of Justice, administered and enforced laws and regulations pertaining to the acquisition and disposition of firearms.

2. Before a federally licensed firearms dealer was permitted to sell or transfer a firearm to any person, the federally licensed firearms dealer and the buyer or transferee were required to complete ATF Form 4473.

3. By completing ATF Form 4473, the firearm buyer or transferee was required to certify that he or she was the actual buyer or transferee of the firearm. The form warned that a buyer was not the actual buyer if he or she was acquiring the firearm on behalf of another person,

and that, if the buyer was not the actual buyer, the firearms dealer was not permitted to transfer the firearm to the buyer.

4. ATF Form 4473 further warned that a buyer's false certification that he or she was the actual buyer was a crime punishable as a felony under federal law.

5. Defendant **GORY GASPARD** was a resident of Hyde Park, Massachusetts and Haiti.

6. Niquely Breus was a resident of Miami-Dade County.

## COUNT 1
### Conspiracy to Purchase Firearms by Means of False Statements
### (18 U.S.C. § 371)

1. The allegations set forth in paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2. From on or about July 10, 2017, through on or about July 25, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**GORY GASPARD,**

did knowingly and willfully combine, conspire, confederate, and agree with Niquely Breus and with others known and unknown to the Grand Jury to commit an offense against the United States, that is, in connection with the acquisition of any firearm from a federally licensed firearms dealer, to knowingly make any false and fictitious written statement to such firearms dealer intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in violation of Title 18, United States Code, Section 922(a)(6).

### PURPOSE OF THE CONSPIRACY

3. It was a purpose of the conspiracy for Niquely Breus to illegally obtain firearms in order to provide them to **GORY GASPARD**.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the object thereof, the defendant and his co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about July 10, 2017, in Broward County, Florida, **GORY GASPARD** provided Niquely Breus with money and a list of firearms for Breus to purchase on **GASPARD's** behalf.

2. On or about July 13, 2017, **GORY GASPARD** sent Niquely Breus text messages that listed what firearms Breus was to purchase from AAA Pawn Brokers, a federally licensed firearms dealer located in Miami-Dade County, Florida.

3. On or about July 13, 2017, Niquely Breus attempted to purchase the following firearms: (1) one Glock 22 GEN 7; (2) one Glock 17 GEN 4; (3) one Glock 35; (4) one Glock 19 GEN 4; and (5) one Sig Sauer P250, from AAA Pawn Brokers.

4. On or about July 25, 2017, at AAA Pawn Brokers, Niquely Breus filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual buyer of the following firearms: (1) one Glock 22 GEN 7; (2) one Glock 17 GEN 4; (3) one Glock 35; (4) one Glock 19 GEN 4; and (5) one Sig Sauer P250.

5. On or about July 25, 2017, at AAA Pawn Brokers, Niquely Breus completed the purchase and took possession of the following firearms: (1) one Glock 22 GEN 7; (2) one Glock 17 GEN 4; (3) one Glock 35; (4) one Glock 19 GEN 4; and (5) one Sig Sauer P250.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Purchase of a Firearm by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about June 25, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GORY GASPARD,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, that is, AAA Pawn Brokers, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant caused Niquely Breus to state in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that Niquely Breus was the actual transferee and/or buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, Niquely Breus was not the actual transferee and/or buyer of said firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

It is further alleged that the firearms are:

1. One Glock, Model 22 GEN 7, .40 caliber (serial number BECX950);
2. One (1) Glock, Model 17 GEN 4, .9 caliber (serial number BDBD165);
3. One (1) Glock, Model 35, .40 caliber (serial number GAD648);
4. One (1) Glock, Model 19 GEN 4 (serial number ACMK995); and
5. One (1) Sig Sauer, Model P250, .40 caliber (serial number EAK105914).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GORY GASPARD,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 371 and Title 18, United States Code, Section 922(a)(6), as alleged in this Indictment, the defendant shall forfeit all guns and ammunition that were involved in, or used in, the offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1) which is made applicable by the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

QUINSHAWNA S. LANDON
ASSISTANT UNITED STATES ATTORNEY

EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| GORY GASPARD, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant.            / | **Superseding Case Information:** |

**Court Division:** (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New Defendant(s)   Yes [ ]   No [ ]
Number of New Defendants   ____
Total number of counts   ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Creole or French

4. This case will take   3-4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | |
   |---|---|---|---|---|
   | I | 0 to 5 days | [✓] | Petty | [ ] |
   | II | 6 to 10 days | [ ] | Minor | |
   | III | 11 to 20 days | [ ] | Misdem. | |
   | IV | 21 to 60 days | [ ] | Felony | [✓] |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:   18-CR-20646-KMW
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes [ ]   No [✓]

*Signature*
Quinshawna S. Landon
ASSISTANT UNITED STATES ATTORNEY
Florida Bar I.D. No. 99835

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GORY GASPARD

**Case No:** _____

Count #:1

Conspiracy to Purchase Firearms by Means of a False Statement

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #:2

Purchase of a Firearm by Means of a False Statement

Title 18, United States Code, Section 922(a)(6)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**