UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20723-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**GORY GASPARD**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Jonathan Goodman's Sealed Report and Recommendations on Counsel's CJA Voucher Request for Attorney's Fees and Costs [ECF No. 90], filed May 3, 2019. The Court sees no likelihood of any party filing objections to the Report. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 90]** is **AFFIRMED**, and the voucher is approved. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of May, 2019.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record